

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1531-10

**MACKIE RAY WHITE, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### DALLAS COUNTY

**PER CURIAM.**

## O P I N I O N

A jury found Appellant guilty of unlawful possession of a firearm and assessed

punishment at 6 years' imprisonment. The Court of Appeals reversed the conviction, finding

the evidence factually insufficient. *White v. State*, No. 05-08-00241-CR (Tex. App. — Dallas

2010). The State has filed a petition for discretionary review contending the Court of Appeals applied an improper standard of review when it held the evidence was factually insufficient, and questioning whether the "too weak" prong of the factual sufficiency analysis should be abandoned.

This Court granted discretionary review in *Brooks* in order to address whether a meaningful distinction exists between a legal sufficiency standard under *Jackson v. Virginia*, 443 U.S. 307 (1979), and a factual sufficiency standard under *Clewis v. State*, 922 S.W.2d 126 (Tex. Crim. App. 1996), and whether there is a need to retain both standards. The Court decided that the standard of review under *Jackson v. Virginia* is the only standard a reviewing court should apply in determining whether evidence is sufficient to support each element of an offense the State is required to prove beyond a reasonable doubt. The Court overruled all cases to the contrary. *Brooks v. State*, __S.W.3d__ (Tex. Crim. App. No. PD-0210-09, delivered October 6, 2010), slip op. at 30. The parties' motions for rehearing were denied on November 17, 2010. The Court of Appeals in the instant case did not have the benefit of our opinion in *Brooks*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for further action in light of our opinion in *Brooks*.

Delivered January 12, 2011
Do Not Publish